**Samuel FRIEDMAN, also known as Sam Friedman, Appellant,**

v.

**John S. CUMMINGS and Louis B. Mayer, Appellees.**

No. 13463.

United States Court of Appeals Ninth Circuit.

Feb. 4, 1954.

George Appell, Los Angeles, Cal., for appellant.

Neil S. McCarthy, Frank W. Peck, Los Angeles, Cal., for appellee.

Before DENMAN, Chief Judge, and STEPHENS and ORR, Circuit Judges.

PER CURIAM.

We agree with the district court that the complaint was properly dismissed for failure to state a cause of action.

The judgment is affirmed.

**TUPPER CORPORATION, Plaintiff, Appellant,**

v.

**TILTON & COOK CO., Defendant, Appellee.**

No. 4772.

United States Court of Appeals First Circuit.

Jan. 28, 1954.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

Alexander Mencher, New York City, Seder & Seder, Worcester, Mass., on brief, for appellant.

Melvin R. Jenney, Boston, Mass., Kenway, Jenney, Witter & Hildreth, Boston, Mass., on brief, for appellee.

PER CURIAM.

The judgment appealed from is affirmed upon the opinion of the District Court, 113 F.Supp. 805.

**UNITED STATES of America, Appellant,**

v.

**Felix ADAMS.**

No. 14975.

United States Court of Appeals, Eighth Circuit.

Jan. 12, 1954.

P. W. Lanier, U. S. Atty., and Ralph B. Maxwell, Asst. U. S. Atty., Fargo, N. D., for appellant.

Ilvedson, Pringle & Harigstad, Minot, N. D., for appellee.

Appeal from District Court, 115 F. Supp. 731, dismissed, on stipulation of parties.